PARKER *v.* UNITED STATES

No. 992, Misc.  Decided February 27, 1970

*Walter L. Gerash* for petitioner.

*Solicitor General Griswold, Assistant Attorney General Yeagley, Kevin T. Maroney,* and *Lee B. Anderson* for the United States.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* is granted.

Upon consideration of the suggestion of mootness filed by the Solicitor General, and upon an examination of the entire record, the petition for a writ of certiorari is granted, the judgment of the United States Court of Appeals for the Tenth Circuit is vacated and the case is remanded to that court with instructions to dismiss the appeal as moot.